123 A.3d 328

**COURT OF COMMON PLEAS PHILADELPHIA COUNTY, Respondent**

v.

**Anton COCHRAN, Petitioner.**

**No. 96 EM 2015.**

Supreme Court of Pennsylvania.

Sept. 29, 2015.

## *ORDER*

PER CURIAM

**AND NOW,** this 29th day of September, 2015, the Application for Leave to File Original Process is **GRANTED,** and the

Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**